UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAYIDEN HUSSEIN MOHAMED,

                   Plaintiff,

    v.

SERGEANT DRAKE, *et al.*,

                  Defendants.

Case No. C16-0762RSM

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed plaintiff's complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, and Plaintiff having failed to file any objections, does hereby find and ORDER:

(1)    The Report and Recommendation is approved and adopted;

(2)    Defendants' motion for summary judgment (Dkt. #34) is GRANTED;

(3)    Plaintiff's complaint (Dkt. #9) and this action are DISMISSED with prejudice; and

(4)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this 25th day of April, 2017.

                  RICARDO S. MARTINEZ
                  CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING R&R - 1